# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           CASE NUMBER: 22 cv 0827

Jose Mendoza

             v.

City of Chicago, et. al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago

| |
|---|
| NAME (Type or print)<br>Jessica L. Griff |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Jessica L. Griff |
| FIRM<br>City of Chicago Department of Law |
| STREET ADDRESS<br>2 N. LaSalle Street, Suite 420 |
| CITY / STATE / ZIP<br>Chicago, IL 60602 |
| ID NUMBER (See item 3 in instructions)<br>6309134 |

| TELEPHONE NUMBER<br>(312) 744-2826 | EMAIL ADDRESS<br>Jessica.griff@cityofchicago.org |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | | |