# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jose Mendoza v City of Chicago, et all    Case Number: 22-cv-0827

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago and Iwan Smith

Attorney name (type or print): Carolyn M Nevin

Firm: City of Chicago Department of Law

Street address: 2 North LaSalle Street, Suite 420

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6313594
(See item 3 in instructions)

Telephone Number: (312)744-6905

Email Address: Carolyn.Nevin@cityofchicago.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 20, 2022

Attorney signature:  S/ Carolyn M Nevin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015