**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE MENDOZA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22 CV 0827 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, an | ) | |
| Illinois Municipal Corporation; Chicago | ) | |
| Police Officer IWAN SMITH #5218 | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COMES the Plaintiff, JOSE MENDOZA, by his attorneys, JERRY BISCHOFF and THOMAS GLASGOW and the Defendants, Chicago Police Officer IWAN SMITH and the CITY OF CHICAGO, by and through one of their attorneys, Jessica L. Griff, and hereby submit a Joint Status Report pursuant to the Court's Order of July 6, 2023. (*Dckt. 34*):

1. Defendant's pending DUI case was set for trial on May 31, 2023. That case has been resolved. As has previously been reported, the State previously dismissed the pending Home Invasion and Burglary charges against Mr. Mendoza which arose out of the facts which form the basis of the case pending before this Court. However, the State refused to drop one count alleging felony Criminal Trespass to Residence, a class 4 felony. The felony Criminal Trespass to Residence case is now set for trial on August 28, 2023. The parties request that the stay order remain in place until that date.

                                                      Respectfully submitted,

                                              /s/ *Jerry Bischoff*              ,
                                              Law Office of Jerry Bischoff
                                              35 E. Wacker Drive, Suite 650
                                              Chicago, Illinois 60601
                                              (312) 853-2167
                                              jbischoff@aol.com

| | |
|---|---|
| /s/ *Thomas T. Glasgow*            , | */s/  Jessica L. Griff*            , |
| Glasgow & Olsson | Assistant Corporation Counsel |
| 1834 Walden Office Square, Suite 575 | City of Chicago Department of Law |
| Suite 575 | 2 N. LaSalle St., Suite 420 |
| Schaumburg, Illinois 60173 | Chicago, Illinois 60602 |
| (847) 577-8700 | Tel. 312-744-2826 |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Plaintiff JOSE MENDOZA's Joint Status Report was served on July 11, 2023, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                      *s/ Jerry D. Bischoff*
                                                      **JERRY BISCHOFF**
                                                      35 East Wacker Drive, Suite 650
                                                      Chicago, Illinois 60601
                                                      (312) 853-2167

Case: 1:22-cv-00827 Document #: 35 Filed: 07/11/23 Page 3 of 3 PageID #:85