# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Mendoza

                Plaintiff,

v.                                                           Case No.: 1:22−cv−00827

                                                                                  Honorable LaShonda A. Hunt

Iwan Smith, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

        MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the parties' joint status report [35] indicating that Plaintiff's state court trial on the remaining criminal trespass to residence case is currently set for 8/28/23. The Court grants the parties' request to extend the stay in the instant suit through resolution of the criminal proceedings. The parties are ordered to file an updated joint status report on those proceedings by 9/14/23. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.